IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-00102-CJW |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1<br>18 U.S.C. § 922(g)(1): Possession of Firearms by a Felon |
| CARL A. PURIFOY, also known as "Akeen Carl Purifoy," | |
| Defendant. | Count 2<br>26 U.S.C. § 5861(d): Possession of a National Firearms Act Firearm Not Registered to Possessor |
| | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of Firearms by a Felon

On or about October 4, 2024, in the Northern District of Iowa, defendant CARL A. PURIFOY, also known as "Akeen Carl Purifoy," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, (1) a Smith & Wesson SD9 VE, 9x19mm caliber pistol, and (2) a Spike's Tactical ST15, .223 Wylde caliber short-barreled rifle, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Unlawful Use of a Weapon, in the Missouri Circuit Court for Barry County, on or about October 16, 2001, in case number CR201-1269FX.

1

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 2

**Possession of a National Firearms Act Firearm Not Registered to Possessor**

On or about October 4, 2024, in the Northern District of Iowa, defendant CARL A. PURIFOY, also known as "Akeen Carl Purifoy," knowingly possessed a firearm, namely: a Spike's Tactical ST15, .223 Wylde caliber short-barreled rifle, having a barrel length of less than 16 inches that was not registered to him in the National Firearms Registration and Transfer Record.

This was in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Forfeiture Allegations

By virtue of having committed the acts specified in Count 1 of this Indictment, defendant CARL A. PURIFOY, also known as "Akeen Carl Purifoy," shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearms listed in Count 1 above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

By virtue of having committed the acts specified in Count 2 of this Indictment, defendant CARL A. PURIFOY, also known as "Akeen Carl Purifoy," shall forfeit to the United States any firearm involved in the violation of Title 26,

2

Case 1:24-cr-00102-CJW-MAR *SEALED* Document 3 Filed 11/06/24 Page 2 of 3
Case 6:25-mj-02029-DPR Document 1 Filed 03/19/25 Page 2 of 3

United States Code, Section 5861, including but not limited to the firearm listed in Count 2 above.

This is pursuant to Title 26, United States Code, Section 5872(a).

A TRUE BILL

███████████████████████████████

Grand Jury Foreperson          Date

TIMOTHY T. DUAX
United States Attorney

By: /s/

KYNDRA LUNDQUIST
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 11/6/2024
PAUL DE YOUNG, CLERK

3